# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                                        Fax: 718-740-2000
*Employment and Labor Lawyer*                                       Web: www.abdulhassan.com

**February 11, 2021**

**Via ECF**

Hon. Roanne L. Mann, USMJ
United States District Court, EDNY
225 Cadman Plaza, East
Brooklyn, NY 11201

<u>Re: Hussain v. Queens Convenience Store Inc. et al</u>
Case No. 20-CV-01035 (LDH)(RLM)
Notice of Settlement and Request for Adjournment

Dear Magistrate-Judge Mann:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a tentative settlement of this action. We are in the process of exchanging settlement papers and intend to file any necessary papers with the Court shortly. In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the February 11, 2021 deadline for the parties to submit a case management plan.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

<u>/s/ Abdul Hassan</u>
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*